IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CASE NO. DNCW3:02CR13 |
| | ) | (Financial Litigation Unit) |
| JASON RILEY, | ) | |
|     Defendant. | ) | |
| and | ) | |
| | ) | |
| CONTINENTAL ASSET MANAGEMENT, LLC, | ) | |
|     Garnishee. | ) | |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant, Jason Riley, is DISMISSED.

Signed: September 19, 2012

_____
David C. Keesler
United States Magistrate Judge